In the Matter of the Estate of ALBERT W. BREEDON, Deceased.

ROBERT BREEDON, as Trustee under the Will of ALBERT W. BREEDON, Deceased, Appellant; DELIA BREEDON, Respondent.

Argued February 26, 1941; decided March 13, 1941.

*Donald F. Boyle* and *Harry Sherburne* for appellant.
*A. Howard Burtch* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.